STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHARLES MILLIKEN JR., and MARY KAY MILLIKEN, individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HERITAGE FEDERAL CREDIT UNION<br><br>Defendants. | **CASE NO. 5:24-cv-00057-JPB** |

## PLAINTIFFS' UNOPPOSED MOTION FOR PAGE EXTENSION

Plaintiffs Charles Milliken and Mary Kay Milliken ("Plaintiffs") hereby move for a page extension of up to 25 pages. For cause, Plaintiffs assert a page extension of up to 25 pages will allow Plaintiffs' Counsel to more fully present the issues before the Court –i.e., certification of a class action for settlement purposes under Fed. R. Civ. P. 23 and approval of the class action settlement. Plaintiffs aver the page extension is not for undue purposes and will assist the Court in its determination of the relevant issues. Plaintiffs' Counsel conferred with Defendant's Counsel who indicated Defendant does not opposed the page extension.

Dated: January 8, 2025

Respectfully submitted,

*/s/ J. Zak Ritchie*
J. Zak Ritchie (WVSB #11705)
**HISSAM FORMAN DONOVAN RITCHIE PLLC**
P.O. Box 3983
Charleston, WV 25339
(681) 265-3802
(304) 982-8056
zritchie@hfdrlaw.com

David K. Lietz (pro hac vice)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401-2138
Pkrzeski@chestnutcambronne.com

*Counsel for the Plaintiffs and the Class*

Case 5:24-cv-00057-JPB   Document 20   Filed 01/08/25   Page 2 of 3 PageID #: 82

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2025, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ J. Zak Ritchie*
J. Zak Ritchie (WVSB #11705)
