UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHARLES MILLIKEN, JR., and MARY KAY MILLIKEN, individually and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>BAYER HERITAGE FEDERAL CREDIT UNION<br><br>     Defendant. | CASE NO. 5:24-cv-00057-JPB<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

  Plaintiffs Charles Milliken Jr. and Mary Kay Milliken, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

  1. Grant final approval to the settlement described in the "Settlement Agreement" between Plaintiffs and Bayer Heritage Federal Credit Union ("Defendant") as fair, reasonable, and adequate;

  2. Finally certify the Settlement Class pursuant to Rule 23;

  3. Finally approve the appointment of Plaintiffs as Class Representatives;

  4. Finally approve the appointment of David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC, and Philip J. Krzeski of Chestnut Cambronne, PA as Class Counsel;

  5. Grant Plaintiffs' request for Attorneys' Fees, Expenses, and Service Awards;

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; (3) the Settlement Agreement; (4) the Preliminary Approval Order (ECF 23); (5) the [Proposed] Final Approval Order; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on June 20, 2025.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted this 6th day of June 2025.

/s/ *Ryan McCune Donovan*
Ryan McCune Donovan (WVSB #11660)
**HISSAM FORMAN DONOVAN RITCHIE PLLC**
P.O. Box 3983
Charleston, WV 25339
(681) 265-3802
(304) 982-8056
zritchie@hfdrlaw.com

David K. Lietz (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

      Philip J. Krzeski
      **CHESTNUT CAMBRONNE PA**
      100 Washington Ave., Ste. 1700
      Minneapolis, MN 55401-2138
      Tel:  (612) 339-7300
      Fax:  (612) 336-2940
      Pkrzeski@chestnutcambronne.com

      *Class Counsel and Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2025, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ Ryan McCune Donovan*
Ryan McCune Donovan (WVSB #11660)