# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**CHARLES MILLIKEN JR.** and
**MARY KAY MILLIKEN,** on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.                                    **CIV. ACT. NO. 5:24-CV-57**
                                          Judge Bailey

**BAYER HERITAGE FEDERAL CREDIT UNION,**

    Defendant.

## ORDER

For reasons appearing to the Court, the hearing on Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement [Doc. 28] is hereby **RESCHEDULED** to **Friday, June 20, 2025, at 11:30 a.m.** All counsel may attend via Zoom. The Court will provide a Zoom link to counsel prior to the hearing.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: June 18, 2025.

                                                 JOHN PRESTON BAILEY
                                                 UNITED STATES DISTRICT JUDGE